```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BECKLEY
```

**MONA K. SMITH,**

    **Plaintiff,**

**v.**                                  **CIVIL ACTION NO. 5:04-0658**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**


## MEMORANDUM OPINION AND ORDER

    By Standing Order entered nunc pro tunc May 13, 2002, and filed in this case on June 28, 2004, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of proposed findings and recommendation.  Magistrate Judge VanDervort submitted his proposed findings and recommendation on April 21, 2005.  In that Proposed Findings and Recommendation, the magistrate judge recommended that this court 1) deny the plaintiff's motion for summary judgment, 2) grant the defendant's motion for judgment on the pleadings, 3) affirm the final judgment of the commissioner, and 4) dismiss this action from the court's docket.

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation.  No party has filed objections within the

requisite period, and the failure of any party to file such objections constitutes a waiver of such party's right to a <u>de novo</u> review by this court. <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989); <u>Thomas v. Arn</u>, 474 U.S. 140 (1985).

Having reviewed the Proposed Findings and Recommendation filed by the magistrate judge, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **DENIES** the plaintiff's motion for summary judgment, **GRANTS** the defendant's motion for judgment on the pleadings, **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this matter from the court's docket.

The Clerk is directed to forward a certified copy of this written opinion and order to counsel of record and to any unrepresented party.

IT IS SO ORDERED this 23rd day of June, 2005.

ENTER:

David A. Faber
Chief Judge